**P-Send**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | | CASE NUMBER |
|---|---|---|
| | PLAINTIFF | 05-997M |
| *Adam Statland* | | |
| | v. | |
| | DEFENDANT. | **ABSTRACT OF COURT PROCEEDING** |

**TO:     UNITED STATES MARSHAL AND/OR WARDEN, METROPOLITAN DETENTION CENTER:**

You are hereby notified that the Honorable *Segal*,
☐ United States District Judge   ☒ United States Magistrate Judge, has this date ☐ ordered   ☐ recommended that the above-named federal prisoner be:

☐ Allowed to make ☐ _____ social ☐ _____ legal telephone call(s) at prisoner's own expense;
   ☐ forthwith                  ☐ as soon as possible              ☐ as requested, at suitable times

☐ Allowed social visits          ☐ Dressed in civilian clothing for court appearances

☐ Housed or designated to ☐ MDCLA ☐ Other _____

☐ Provided with a medical examination and/or medical treatment for_____
A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to
the court on or before_____

☐ Provided with dental treatment.  A report regarding this examination/treatment is to be submitted to the court on or
before_____

☒ Other *Defendants parents are allowed to make immediate visits to the defendant*

| Dated: 5/11/05 | MAY 1 6 2005   By: | CLERK U.S. DISTRICT COURT
*K Carter*
Deputy Clerk |

RETURN TO CLERK'S OFFICE

☐ Western Division-Los Angeles          ☐ Southern Division-Santa Ana          ☐ Eastern Division-Riverside

This abstract was received on _____

☐ The aforementioned order(s) were or will be complied with on: _____

☐ The aforementioned order(s) were not complied with for the following reasons: _____
_____
_____
_____
_____

| Name (Print) | Title | Signature |
|---|---|---|

*cc:* ☒ *MDC,* ☒ *Cell block*

CR-53 (12/03)                          **ABSTRACT OF COURT PROCEEDING**